AUSA Diane MacArthur (312) 353-5352

**FILED**
4-9-08
APR 0 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

MAGISTRATE JUDGE COX

### AFFIDAVIT OF WARRANT IN REMOVAL PROCEEDINGS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NUMBER: 08CR 290 |
| NORTHERN DISTRICT OF ILLINOIS ) | |

The undersigned Affiant personally appeared before the Honorable Susan E. Cox, a United States Magistrate Judge, and being duly sworn on oath, states: That at in the District of Minnesota, one Alejandro Silva, a/k/a "Pepe" was charged in an Indictment with the offenses of conspiracy, transportation of person to engage in prostitution, and coercion and enticement of another to travel in interstate commerce to engage in prostitution, in violation of Title 18, United States Code, Sections 371, 2421 and 2, and 2422(a)(2), and that on the basis of Affiant's investigation and information received concerning the case through official channels, Affiant does hereby believe that defendant JOSE ALONSO GARIBO-AGUILERA is the same individual as Alejandro Silva a/k/a "Pepe," and does hereby certify that an Arrest Warrant was issued under the name "Alejandro Silva, a/k/a/ 'Pepe,'" pursuant to the order of the Honorable Janie S. Mayeron, United States District Court Magistrate Judge for the District of Minnesota, and, because GARIBO-AGUILERA is believed to be "Alejandro Silva, a/k/a/ 'Pepe,'" is thus outstanding as to GARIBO-AGUILERA and said defendant is to answer the Indictment. See attached Warrant for Arrest.

Wherefore, Affiant prays that the defendant be dealt with according to law.

_____
Dennis J. Kingsley
Senior Special Agent, Immigration and Customs Enforcement

Subscribed and Sworn to before me this
9th day of April, 2008.  3:28 p

_____
HON. SUSAN E. COX
United States Magistrate Judge


AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.

CASE NUMBER: CR 07-166 (14) JNE/AJB

Alejandro Silva (14)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest:   Alejandro Silva
a/k/a - "Pepe"
and bring him or her forthwith to the nearest Magistrate Judge to answer an Indictment charging him or her with:

Count 1 - Conspiracy to Commit an Offense against the United States, 18:371
Count 2 - Transportation of Person to Engage in Prostitution, 18:2421 and 2.
Count 3 - Coercion and Enticement of Another to Travel in Interstate Commerce to Engage in Prostitution, 18:2422(a)(2).

Ordered by:   Janie S. Mayeron, United States District Court Magistrate Judge.

_____   May 15, 2007 at Minneapolis, MN
(By)    Kim Krulas, Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

Date Received: _____   Date of Arrest: _____

_____   _____
Name and Title of Arresting Officer   Signature of Arresting Officer

criminalwarrant.frm   DC Modified 12/08/04