# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judg | |
|---|---|---|---|
| **CASE NUMBER** | 08cr290-1 | **DATE** | 4/9/2008 |
| **CASE** | USA v. Jose Alonso Garibo-Aguilera | | |

**DOCKET ENTRY TEXT**

Removal proceedings held. Defendant was taken into administrative custody by the Bureau of Immigration and Customs Enforcement on 4/1/08. John L. Sullivan of the Federal Defender Program is appointed as counsel for Defendant. Order defendant detained as a risk of flight pending detention hearing set for 4/14/08 at 11:00 a.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | VKD |
|---|---|---|