## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 290-1 | **DATE** | 4/14/2008 |
| **CASE TITLE** | USA vs. Alejandro Silva a/k/a Jose Alonso Garibo-Aguilera | | |

**DOCKET ENTRY TEXT**

Identity hearing held. Government's Exhibits 1 and 2 were admitted. Removal proceedings held. The Court finds that the Defendant Alejandro Silva a/k/a Jose Alonso Garibo-Aguilera is the person named in the indictment. Defendant waives detention hearing. Order Defendant removed to the District of Minnesota in custody.

Docketing to mail notices.

00:45

| | Courtroom Deputy Initials: | VKD |
|---|---|---|