

## UNITED STATES DISTRICT COURT
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS, CLERK**
Mr. Richard D. Sletten
Clerk
United States District Court
202 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415

F I L E D
May 2, 2008
MAY 0 2 2008  YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**OFFICE OF THE CLERK**
April 24, 2008

COPY

Re: USA  Vs.  Alejandro Silva aka Jose Alonso Garibo-Aguilera

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

| | |
|---|---|
| _X_ Docket Sheet, Case No.: 08cr290 | _X_ Order of Removal dated: 4/14/08 |
| _X_ Affidavit in Removal | ___ Final Commitment Proceedings |
| _X_ Financial Affidavit | ___ Temporary Commitment |
| ___ Order appointing counsel | ___ Order setting conditions of release |
| ___ CJA 20 Form | ___ Detention Order |
| _X_ Appearance form | ___ Appearance Bond |
| | ___ Other(see docket for entries): |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

by: Yvette Pearson
Yvette Pearson , Deputy Clerk



RECEIVED BY MAIL
APR 28 2008
CLERK US DIST COURT
MINNEAPOLIS MN