| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 6/28/08 |
| 1. Article Addressed to:<br><br>Mr. Richard D. Sletten- Clerk<br>United States District Court<br>202 United States Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415 | D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No<br><br>08cr290<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service l...) | 7006 0100 0001 7313 2609 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

FILED

JUN 2 4 2008  TC
6-24-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4 in this box *

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
219 S. DEARBORN RECEIVED
CHICAGO, ILLINOIS 60604
JUN 2 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT